AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Hartford Life Insurance Company <br><br> *Plaintiff* <br><br> v. <br><br> PHILIP DANISHEFSKY, individually, and as Trustee of the Shele D. Covlin 2001 Trust Dated 7/2/01; RODERICK B. COVLIN, ANNA VICTORIA COVLIN (minor), and MYLES COVLIN (minor) <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10 CV 7439 <br> ) <br> ) <br> ) <br> ) JUDGE BAER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Philip Danishefsky
95 Chestnut Street
Englewood, NJ 07631

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold,
125 Broad St., 39th Fl.,
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: SEP 28 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc:

INDEX #: 10cv 7439
Date Filed: September 28, 2010
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: Ed Hendrickson Sedgwick, Detert, Moran & Arnold, LLP   PH: 212-898-4044
Address: 125 Broad Street, 39th Fl. New York NY 10004   File No.:

*HARTFORD LIFE INSURANCE COMPANY*

vs                                                          Plaintiff(s)/Petitioner(s)

*PHILIP DANISHEFSKY, INDV ET AL*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:          **AFFIDAVIT OF SERVICE**

_____Carl Miller_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __October 2, 2010__ at __9:18PM__, at __95 CHESTNUT STREET, ENGLEWOOD, NJ 07631__, deponent served the within Summons, Civil Cover Sheet and Complaint Rule 7.1 Statement

on: __PHILIP DANISHEFSKY__, __Defendant__ therein named.

**#1 INDIVIDUAL** [X]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ]  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the, and authorized to accept service on behalf of the.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of _____ at _____
on the ____ day of _____ at _____
on the ____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the Defendant at 95 CHESTNUT STREET, ENGLEWOOD, NJ 07631 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male   Color of skin: White   Color of hair: Black/Gray   Age: 30 - 40 Yrs.   Height: 5' 9" - 6' 0"
Weight: 161 - 200 Lbs.   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT**  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on   October 6, 2010

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Carl Miller
Server's Lic # 790101
Invoice/Work Order # 10026170

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM