

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone: (212) 885-5566
Fax: (917) 332-3712
Email: HCogan@BlankRome.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/10
```

October 25, 2010

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
500 Pearl Street
Chambers 2230
New York, New York 10007

Re: *Hartford Life Insurance Company v. Philip Danishefsky, et al* – 10CV7439

Dear Judge Baer:

We are the attorneys for defendant Philip Danishefsky in the above-referenced interpleader proceeding. We respectfully request that the time for defendant Danishefsky to respond to the Complaint be extended to November 15, 2010. This is the first request for an adjournment.

The attorneys for plaintiff have consented to this request.

Respectfully submitted,

Harris N. Cogan

HNC:jza

cc: Michael H. Bernstein, Esq.

[Handwritten annotation: Nov 15 is fine, keep in mind that you all to come on the 16th to a PTC w/ your PTSO in draft to be discussed w/ you]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
10/27/10

Endorsement:

    November 15 is fine keep in mind that you are to come on the 16th to a pre trial conference with your pre trial scheduling order in draft and discussed with your adversary.