AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Hartford Life Insurance Company | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No.  10-cv-07439 |
| PHILIP DANISHEFSKY, individually, and as Trustee of the Shele D. Covlin 2001 Trust Dated 7/2/01; RODERICK B. COVLIN, ANNA VICTORIA COVLIN (minor), and MYLES COVLIN (minor) | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Roderick B. Covlin, care of Myles Covlin
23 Carriage Court
Scarsdale, NY 10583

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold,
125 Broad St., 39th Fl.,
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

SEP 2 8 2010

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒  I returned the summons unexecuted because _____ ; or

    ❒  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                                 *Server's signature*

                                       _____
                                           *Printed name and title*

                                       _____
                                             *Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| INDEX # : | 10-CV-07439 |
| Date Filed : | September 28, 2010 |
| Court Date: | |

**UNITED STATES DISTRICT COURT**
**COUNTY OF**                                    **DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: Ed Hendrickson Sedgwick, Detert, Moran & Arnold, LLP    PH: 212-898-4044
Address:   125 Broad Street, 39th Fl.  New York  NY  10004    File No.:

---

*HARTFORD LIFE INSURANCE COMPANY*

*vs*                                                      *Plaintiff(s)/Petitioner(s)*

*PHILIP DANISHEFSKY, INDV, ETC/*

*Defendant(s)/Respondent(s)*

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

_____ Wendy Resnick _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
of age and resides in New York State. On ___ October 27, 2010 ___ at ___ 8:56PM ___,
at _____ 23 CARRIAGE COURT, SCARSDALE, NY 10583 _____, deponent served the within
SUMMONS, CIVIL COVER SHEET, COMPLAINT WITH RULE 7.1 STATEMENT

on: _____ **RODERICK B. COVLIN care of Myles Covlin** _____, **Defendant** _____ therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ]   By delivering thereat a true copy of each to_____ personally, deponent knew the person so served to be the_____ of the , and authorized to accept service on behalf of the .

**#3 SUITABLE AGE PERSON** [X]   By delivering a true copy of each to _____ JON COVLIN _____ a person of suitable age and discretion. Said premises is recipient's:  [ ] actual place of business    [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** [X]   On _____ October 29, 2010 _____, deponent completed service by depositing a true copy of each document to the Defendant at _____ 23 CARRIAGE COURT, SCARSDALE, NY 10583 _____
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail #_____

**#6 DESCRIPTION** (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male    Color of skin: White    Color of hair: Gray    Age: 61-70 Yrs    Height: 6'0 & over
Weight: 161 - 200 Lbs.    Other Features:_____

**#7 WIT. FEES**   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT**   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on _____ October 29, 2010 _____

_____
JAZMIN PATINO
COMMISSIONER OF DEEDS
City of New York No. 2-12385; New York County
Commission Expires on July 1,2012

_____
Wendy Resnick
Server's Lic # 862-841
Invoice/Work Order # 10029305

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

CANAL STREET STATION
OCT 2 9 2010
NEW YORK, NY 10013-9998

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

401 Broadway
Suite 1201
New York, NY 10013

To:
RODERICK B. COVLIN care of Myles
Covlin          10023305
23 CARRIAGE COURT
SCARSDALE, NY 10583

PS Form **3817**, April 2007 PSN 7530-02-000-9065

American Toleware

American Clock