UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
HARTFORD LIFE INSURANCE COMPANY,      :    10 Civ. 7439 (Baer, J.)
                                      :
              Plaintiffs,             :
                                      :    **NOTICE OF APPEARANCE**
       -against-                      :
                                      :
PHILIP DANISHEFSKY, individually, and as :
Trustee of the Shele D. Covlin 2001 Trust Dated :
7/2/01; RODERICK D. COVLIN, ANNA      :
VICTORIA COVLIN (minor), and MYLES    :
COVLIN (minor),                       :
                                      :
              Defendants.             :
---------------------------------------X


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this matter for defendant, Philip Danishefsky, individually, and as Trustee of the Shele D. Covlin 2001 Trust Dated 7/2/01.

    I certify that I am admitted to practice in this court.

Dated:   New York, New York
         November 15, 2010

                                     BLANK ROME LLP

                                     By: _____
                                         Harris N. Cogan
                                         Inbal Paz
                                     The Chrysler Building
                                     405 Lexington Avenue
                                     New York, New York 10174
                                     Tel: (212) 885-5000
                                     Fax: (212) 885-5002
                                     Attorneys for Defendant Philip Danishefsky