United States District Court
Southern District of New York
-----------------------------------------------x
Hartford Life Insurance Company,

                Plaintiff,

         -against-

Philip Danishefsky, individually, and as
Trustee of the Shele D. Covlin 2001 Trust
Dated 7/2/2001; Roderick B. Covlin,
Anna Victoria Covlin (minor)
and Myles Covlin (minor),
                Defendants.
-------------------------------------------------x

ANSWER TO
COMPLAINT
Index No. 10-CV-7439

      Defendants, Roderick B. Covlin, individually and as Father and Natural Guardian of Anna Victoria Covlin and Myles Covlin, (hereinafter referred to as Covlin) by their attorneys DeCaro & DeCaro, P.C., as and for their Answer to the Complaint of the plaintiff, alleges as follows:

      1. Defendants Covlin admit that they reside in New York Sate but deny knowledge or information sufficient to form a belief as to residency of defendant Danishefsky.

      2. Defendants Covlin deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs numbered "3", "4" "6", "7", "9", "10", "11" and "12" of plaintiff's Complaint.

3. Defendants Covlin deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs numbered "8" of plaintiff's Complaint but do not deny that Shele Covlin did pass away on or about December 31, 2009.

4. Defendants, Covlin, deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "13" of plaintiff's Complaint but refers all questions of law to this Court.

5. Defendants, Covlin, deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs numbered "14" and "15" of plaintiff's complaint.

6. Defendants, Covlin, repeat and reallege each and every denial numbered "1" through "16" of plaintiff's Complaint.

7. Defendants, Covlin, deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs numbered "17" and "'18" of plaintiff's Complaint.

8. Defendants, Covlin, deny knowledge or information sufficient to form a belief as to any investigations and/or conclusions of New York Police Department and denies that Roderick Covlin has been arrested as alleged in Paragraph numbered "19" of plaintiff's Complaint.

WHEREFORE, defendants, Covlin, demand judgment dismissing the Complaint of the plaintiff in its entirety, together with the costs and disbursements of this action.

Dated: Harrison, New York
       November 15, 2010

                                         Yours, etc.,
                                         DeCaro & DeCaro, P.C.
                                         Attorneys for the Defendants Covlin

                                         Philip A. DeCaro  (PD 2111)
                                         480 Mamaroneck Avenue
                                         Harrison, New York 10528
                                         914.835.6200

To: Michael H. Bernstein (MHB 0579
    Elizabeth R. Chesler (EC 1281)
    Attorneys for Plaintiff
    Hartford Life Insurance Company
    125 Broad Street – 39th Floor
    New York, New York 10004-2400
    212-422-0202

    Philip Danishefsku
    95 Chestnut Street
    Englewood, New Jersey 07631