USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/11

Baer, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARTFORD LIFE INSURANCE COMPANY,

                            Plaintiff,

-against-

PHILIP DANISHEFSKY, *individually, and as Trustee of
the Shele D. Covlin 2001 Trust Dated 7/2/01*; RODERICK
B. COVLIN, ANNA VICTORIA COVLIN (minor), and
MYLES COVLIN (minor),

                            Defendants.
------------------------------------------------------------X

Civ. Act. No.
10-cv-7439(HB)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that this Court has both personal and subject matter jurisdiction over this action;

IT IS FURTHER STIPULATED AND AGREED that pursuant to FED. R. CIV. PROC. Rule 22 and FED. R. CIV. PROC. Rule 67, Plaintiff Hartford Life Insurance Company ("Hartford") shall deposit the $1,000,000 in proceeds payable as a result of the death of Shele Covlin (the "Decedent") under a Flexible Premium Variable Life Insurance policy designated as policy number VL9313541 (the "Policy"), plus applicable interest accruing up to and including December 23, 2010, which totals $1,029,416.28 (collectively, the "Proceeds"), into the registry of the court in an interest bearing account within fourteen (14) days of the date of this Order;

IT IS FURTHER STIPULATED AND AGREED that pursuant to Rule 67.1(b)(2) of the Local Rules of Civil Procedure for the United States District Court for the Southern District of New York, the Clerk of the Court may deduct from the income on the investment a fee equal to ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office;

NY/626879v1

IT IS FURTHER STIPULATED AND AGREED, that Hartford waives any claims to the Proceeds; that Hartford is discharged from any further liability in connection with the claims asserted by the defendants herein to the Proceeds, and all claims and counterclaims that have been or that could have been asserted by the defendants against Hartford in this action are hereby dismissed with prejudice;

IT IS FURTHER STIPULATED AND AGREED that upon payment of the Proceeds this action will be dismissed with prejudice as against Hartford;

IT IS FURTHER STIPULATED AND AGREED, that each of the defendants be restrained and enjoined from instituting, prosecuting or maintaining, directly or indirectly, any claim or action of any type or kind against Hartford arising from or in any manner connected with the Policy, the Death Benefit thereunder, and/or their respective claims for payment of some or all of such Death Benefit; and

IT IS FURTHER STIPULATED AND AGREED that the District Clerk shall issue a check to Hartford Life Insurance Company in the amount of $6,092 out of the interpleaded funds deposited with the District Clerk for costs of suit incurred herein and reasonable attorney's fees.

Dated: New York, New York
December 29, 2010

_____
Michael H. Bernstein (MB-0579)
Elizabeth R. Chesler (EC-1981)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorneys for Hartford Life Insurance Company*
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

_____
Harris N. Cogan, Esq.
Blank Rome LLP
*Attorneys for Philip Danishefsky*
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

_____
Philip Anthony DeCaro
DeCaro & DeCaro
*Attorneys for Anna Victoria Covlin, Myles Covlin, and Roderick B. Covlin*
480 Mamaroneck Avenue
Harrison, NY 10528
914-835-6200

SO ORDERED:

Dated: New York, New York
January 3, 2011

_____
Hon. Harold Baer Jr.
United States District Judge