UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

HARTFORD LIFE INSURANCE COMPANY,

                    Plaintiff,

          -against-

PHILIP DANISHEFSKY, individually, and as
Trustee of the Shele D. Covlin 2001 Trust Dated
7/2/01; RODERICK B. COVLIN, ANNA
VICTORIA COVLIN (minor), and MYLES
COVLIN (minor),

                    Defendants.

-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Index No. 10-CV-7439

Judge Baer

PLEASE TAKE NOTICE that George Lambert, Public Administrator of Westchester

County, as Temporary Guardian for defendants Anna Victoria Covlin and Myles Covlin, hereby

appears in the above-entitled action, and that the undersigned have been retained as attorneys for

Mr. Lambert and demand that a copy of all papers in this action be served upon the undersigned

at the office and post office address stated below.

Dated: White Plains, New York
       January 18, 2012

                    COLLIER, HALPERN, NEWBERG, NOLLETTI
                       & BOCK, LLP
                    Attorneys for George Lambert, Public Administrator
                    of Westchester County

          By:       _____

                    Philip M. Halpern (PH-2658)
                    A Member of the Firm
                    One North Lexington Avenue
                    White Plains, New York 10601
                    (914) 684-6800

TO:   Michael H. Bernstein, Esq.
      Sedgwick LLP (NY)
      Attorney for Plaintiff Hartford Life Insurance Company
      125 Broad Street, 39th Floor
      New York, New York 10004
      (212) 422-0202

      Harris N. Cogan, Esq.
      Blank Rome LLP
      Attorneys for Philip Danishefsky
      Individually and as Trustee of the Shele D. Covlin 2001 Trust Dated 7/2/01
      405 Lexington Avenue
      New York, New York 10174
      (212) 885-5000

      Philip Anthony DeCaro, Esq.
      DeCaro & DeCaro
      Attorneys for Defendant, Roderick B. Covlin, Anna Victoria Covlin, and Myles Covlin
      480 Mamaroneck Avenue
      Harrison, New York 10528
      (914) 835-6200