## CERTIFICATE OF SERVICE

This is to certify that a copy of the Notice of Appearance dated January 18, 2012, has been sent by Federal Express to the following counsel of record on this 18th day of January, 2012:

Michael H. Bernstein, Esq.
Sedgwick LLP (NY)
Attorney for Plaintiff Hartford Life Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

Harris N. Cogan, Esq.
Blank Rome LLP
Attorneys for Philip Danishefsky
Individually and as Trustee of the Shele D. Covlin 2001 Trust Dated 7/2/01
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

Philip Anthony DeCaro, Esq.
DeCaro & DeCaro
Attorneys for Defendant, Roderick B. Covlin, Anna Victoria Covlin, and Myles Covlin
480 Mamaroneck Avenue
Harrison, New York 10528
(914) 835-6200

Scott M. Salant (SS-8191)