**DE CARO & DE CARO, P.C.**
ATTORNEYS AT LAW
480 MAMARONECK AVENUE
HARRISON, NEW YORK 10528
914.835.6200
FAX 914.835.6800

THOMAS G. DE CARO
PHILIP A. DE CARO

*OF COUNSEL*
GERARD A. FALCO
LORIEL R. DE CARO

May 4, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/12
```

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Hartford Life vs Danishefsky & Covlin
       10-cv-7439 (HB)
       11-cv-2215

Dear Judge Baer:

   I am writing on behalf of all parties to inform the Court that we have reached an impasse regarding certain issues in the Stipulation of Settlement. Specifically, we cannot come to an agreement on the issue of Roderick Covlin's standing as a Trustee of the Trust and the time period that must elapse after a procedural dismissal of the state wrongful death claim before Roderick can seek payment from the Trust. We respectfully ask that the Court hold a conference to assist the parties work through these issues.

             Sincerely yours,

             Philip A. DeCaro

PD/hs
Cc  Harris Cogan, Esq.
    Scott Salant, Esq.

*[Handwritten note from Judge Baer, partially legible:]* The last time we conferred you had a plan that involved a best effort for a further conference on the matter. It that doable, fine — if you are unable to reach a plan B, if that's doable, fine. If you are unable, call chambers — or preferably make a date for 3 PM.

Harold Baer, Jr., U.S.D.J.
5/8/12

Endorsement:

    The last time we conferenced you had a plan that avoided to a large extent my participation.  If you want a further conference we will have to move the matter like any other and if that's doable fine but if not stay with Plan B. If you are ready to move call Chambers for a conference date or preferably be here May 15 at 3:00 P.M.